UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:15-cr-10-HSM-SKL |
| v. ) | |
| ) | |
| KEVIN JOEL WARREN ) | |
| ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to the Superseding Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in the Count 1 of the one-count Superseding Bill of Information; (3) defer a decision on whether to accept the amended plea agreement until sentencing; and (4) find defendant shall remain in custody until sentencing in this matter [Doc. 11]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 11] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count 1 of the Superseding Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count 1 of the Superseding Bill of Information;

(3) A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **March 21, 2016 at 9:00 a.m. [EASTERN]** before the Honorable Harry S. Mattice, Jr.

      **SO ORDERED.**

      **ENTER:**

                                                */s/Harry S. Mattice, Jr.*
                                             HARRY S. MATTICE, JR.
                                      UNITED STATES DISTRICT JUDGE